# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>    Plaintiff,<br><br>  v.<br><br>Xilinx, Inc.,<br><br>    Defendant. | C.A. No. 20-1233-CFC |

## **DEFENDANT XILINX, INC.'S PARTIAL MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Xilinx, Inc. ("Defendant") moves to dismiss the claims in the Complaint (D.I. 1) for induced and contributory infringement for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief submitted herewith.

| | |
|---|---|
| November 9, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| Hilda C. Galvan | */s/ Anne Shea Gaza* |
| JONES DAY | Anne Shea Gaza (No. 4093) |
| 2727 North Harwood Street | Robert M. Vrana (No. 5666) |
| Dallas, TX 75201-1515 | Beth A. Swadley (No. 6331) |
| | Rodney Square |
| David B. Cochran | 1000 North King Street |
| JONES DAY | Wilmington, DE 19801 |
| 901 Lakeside Avenue | (302) 571-6600 |
| Cleveland, Ohio 44114-1190 | agaza@ycst.com |
| | rvrana@ycst.com |
| Thomas W. Ritchie | bswadley@ycst.com |

- 2 -

JONES DAY
77 West Wacker Dr.                    *Attorneys for Xilinx, Inc.*
Chicago, IL  60601-1692

## **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on November 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on November 9, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> *isaac@rabilaw.com*
>
> *Attorneys for Plaintiff*

27308804.1

| | |
|---|---|
| Dated:   November 9, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Anne Shea Gaza* |
| | Anne Shea Gaza (No. 4093) |
| | Robert M. Vrana (No. 5666) |
| | Beth A. Swadley (No. 6331) |
| | Rodney Square |
| | 1000 N. King Street |
| | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| | *agaza@ycst.com* |
| | *rvrana@ycst.com* |
| | *bswadley@ycst.com* |
| | |
| | *Attorneys for Xilinx, Inc.* |