IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　　Plaintiff,<br>　v.<br><br>XILINX, INC.,<br><br>　　　　　Defendant. | C.A. No. 20-1228-CFC-JLH<br>C.A. No. 20-1229-CFC-JLH<br>C.A. No. 20-1231-CFC-JLH<br>C.A. No. 20-1232-CFC-JLH<br>C.A. No. 20-1233-CFC-JLH |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Christopher A. Buxton, Esquire, and Stephanie M. Mishaga, Esquire of Jones Day, to represent Defendant Xilinx, Inc. in the above-captioned actions.

<table>
<tr><td>

Dated: August 5, 2021

OF COUNSEL:

Hilda C. Galvan
Christopher A. Buxton
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
(214) 969-4556
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois 60601
(312) 269-4003
twritchie@jonesday.com

Stephanie M. Mishaga
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
(858) 703-3140
smishaga@jonesday.com

</td><td>

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Beth A. Swadley
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Xilinx, Inc.*

</td></tr>
</table>

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of Texas, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  August 5, 2021          */s/ Christopher A. Buxton*
                                                 Christopher A. Buxton
                                                 Jones Day
                                                 2727 North Harwood Street, Suite 500
                                                 Dallas, Texas 75201
                                                 (214) 969-4841
                                                 cbuxton@jonesday.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bars of District of Columbia and California, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  August 5, 2021         */s/ Stephanie M. Mishaga*
Stephanie M. Mishaga
Jones Day
4655 Executive Drive, Suite 1500
San Diego, California 92121
(858) 703-3140
smishaga@jonesday.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Christopher A. Buxton, Esquire, and Stephanie M. Mishaga, Esquire, is GRANTED.

Date: _____, 2021

_____
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I, Beth A. Swadley, hereby certify that on August 5, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> jlennon@devlinlawfirm.com

> *Attorneys for Plaintiff*

I further certify that on August 5, 2021, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> isaac@rabilaw.com

> Jonathan K. Waldrop, Esquire
> Darcy L. Jones, Esquire
> Marcus A. Barber, Esquire
> John W. Downing, Esquire
> Heather S. Kim, Esquire
> Jack Shaw , Esquire
> ThucMinh Nguyen, Esquire
> KASOWITZ BENSON TORRES LLP
> 333 Twin Dolphin Drive, Suite 200
> Redwood Shores, California 94065
> jwaldrop@kasowitz.com

      djones@kasowitz.com
      mbarber@kasowitz.com
      jdowning@kasowitz.com
      hkim@kasowitz.com
      jshaw@kasowitz.com
      tnguyen@kasowitz.com

Paul G. Williams, Esquire
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street N.E., Suite 2445
Atlanta, Georgia 30309
pwilliams@kasowitz.com

Shelley Ivan, Esquire
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
sivan@kasowitz.com

*Attorneys for Plaintiff*

Dated: August 5, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Beth A. Swadley*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
(302) 571-6600
*agaza@ycst.com*
*rvrana@ycst.com*
*bswadley@ycst.com*

*Attorneys for Xilinx, Inc.*